**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

P2B TRADING CO. INC., a New
Jersey corporation,

    Plaintiff,

v.                                  Case No. 3:26-cv-174-TJC-SJH

GOOGLE, LLC, a Delaware limited
liability company,

    Defendant.

## O R D E R

This case is before the Court on Plaintiff P2B Trading Co. Inc.'s Time-Sensitive Motion for Ex Parte Temporary Restraining Order and Preliminary Injunction. (Doc. 2). For the reasons stated on the record, it is hereby

**ORDERED:**

1. Plaintiff P2B Trading Co. Inc.'s Time-Sensitive Motion for Ex Parte Temporary Restraining Order (Doc. 2) is **DENIED without prejudice**. Plaintiff's Motion for Preliminary Injunction (included in Doc. 2) is carried with the case.

2. No later than **February 20, 2026**, Defendant Google, LLC must file a response to Plaintiff's Motion for Preliminary Injunction of no more

than thirty (30) pages, and should include all evidentiary attachments upon which Defendant intends to rely.

3. No later than **March 3, 2026,** Plaintiff P2B Trading Co. Inc. must file a reply of no more than ten (10) pages, and should include all yet-to-be-filed evidentiary attachments upon which Plaintiff intends to rely.

4. Also no later than **February 20, 2026**, the parties must confer and file a joint notice regarding the usefulness of a settlement conference with a United States Magistrate Judge.

5. This case is **SET** for a hearing on the Motion for Preliminary Injunction (Doc. 2) on **March 13, 2026** at **10:00 AM (ET)**, in the United States Courthouse, Courtroom 10D, 300 North Hogan Street, Jacksonville, Florida.[1]

**DONE AND ORDERED** in Jacksonville, Florida this 3rd day of February, 2026.



TIMOTHY J. CORRIGAN
Senior United States District Judge

hms
Copies:
Counsel of record

---

[1] All persons entering the Courthouse must present photo identification to Court Security Officers. Although cell phones, laptop computers, and similar electronic devices generally are not permitted in the building, attorneys may bring those items with them to the extent permitted by Local Rule 7.02.