IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

| | |
|---|---|
| P2B TRADING CO. INC., a New Jersey corporation<br><br>Plaintiff,<br>v.<br><br>GOOGLE, LLC, a Delaware limited liability company,<br><br>Defendant. | Case No. 3:26-cv-00174-TJC-SJH |

### DEFENDANT GOOGLE, LLC'S SUPPLEMENT TO ITS MOTION TO SEAL UNDER LOCAL RULE 1.11

Pursuant to Local Rule 1.11 and this Court's Order (Dkt. 38) to supplement its Motion to Seal Under Local Rule 1.11 (Dkt. 37), Defendant Google, LLC ("Google") states that counsel for Google emailed Plaintiff's counsel on February 20, 2026 to state that it intended to file certain documents under seal that contain confidential and competitively sensitive information regarding Google's business plans, third party agreements, and financial information. Counsel for Google requested Plaintiff's position on its motion to seal and to confirm that Plaintiff would only use any material filed under seal for litigation purposes only. On February 21, counsel for Plaintiff confirmed receipt of Google's request via email. On February 23, counsel for Plaintiff stated via email that Plaintiff opposes the relief requested without providing any explanation.

Dated: February 23, 2026                           Respectfully submitted,

1

/s/ Margret M. Caruso
Margret M. Caruso (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
555 Twin Dolphin Drive 5th Floor
Redwood Shores, CA 94065
Tel: (650) 801-5000
margretcaruso@quinnemanuel.com

Dylan I. Scher (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
295 5th Ave, 9th Floor
New York, NY 10016
Tel: (212) 849-7000
dylanscher@quinnemanuel.com

Jay B. Shapiro
Florida Bar No. 776361
jshapiro@stearnsweaver.com
Viviana I. Vasiu
Florida Bar No. 1011601
vvasiu@stearnsweaver.com
STEARNS WEAVER MILLER
WEISSLER ALHADEFF &
SITTERSON, P.A
150 W Flagler Street, Suite 2200
Miami, Florida 33130
Telephone: (305) 789-3200
Facsimile: (305) 789-3395

Adrienne Love
Florida Bar No. 21835
alove@stearnsweaver.com
STEARNS WEAVER MILLER
WEISSLER ALHADEFF &
SITTERSON, P.A
106 East College Avenue, Suite 700
Tallahassee, FL 32301
Telephone: 850-580-7200
Facsimile: 850-580-7200

*Counsel for Google LLC*

## **LOCAL RULE 3.01(g) CERTIFICATION**

I certify that, on February 20, 2026, counsel for Google informed counsel for Plaintiff via email that Google would be seeking to file information under seal, to request Plaintiff's position on its motion to seal, and to confirm that Plaintiff would only use any material filed under seal for litigation purposes only.  On February 21, counsel for Plaintiff confirmed receipt of Google's request via email.  On February 23, counsel for Plaintiff stated via email that Plaintiff opposes the relief requested.

*/s/ Dylan I. Scher*
Dylan I. Scher (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
295 5th Ave, 9th Floor
New York, NY 10016
Tel: (212) 849-7000
dylanscher@quinnemanuel.com

*Counsel for Google LLC*
