UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**P2B TRADING CO. INC.,**

        Plaintiff,

v.    Case No.   3:26-cv-174-TJC-SJH

**GOOGLE, LLC,**

        **Defendant.**

| **Counsel for Plaintiff** | Gustavo Sardina, Esquire |
| | Cassidy Mandelbaum, Esquire |
| | Olivia A. King, Esquire |
| | Brandon C. Meadows, Esquire |
| **Counsel for Defendant** | Margaret M. Caruso, Esquire |
| | Dylan I. Scher, Esquire |
| | Jay B. Shapiro, Esquire |

| JUDGE | Samuel J. Horovitz<br>U. S. Magistrate Judge | DATE AND TIME | 3/13/2026<br>12:07 p.m. – 2:02 p.m. |
|---|---|---|---|
| DEPUTY CLERK | Barbara Rothermel | TAPE/REPORTER | Digital |

CLERK'S MINUTES

**PROCEEDINGS:**     SETTLEMENT CONFERENCE

Counsel are present in the courtroom.

Bruce Wortman, Artie Cabasso, and Isaac Cabasso are present on behalf of Plaintiff.

Chris Foster is present on behalf of Defendant.

Settlement conference conducted.

Settlement not reached. Impasse declared.