**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

P2B TRADING CO. INC., a New
Jersey corporation,

      Plaintiff,

                                   Case No. 3:26-cv-174-TJC-SJH

v.

GOOGLE, LLC, a Delaware limited
liability company,

      Defendant.

_____

**O R D E R**

This case is before the Court on Plaintiff P2B Trading Co. Inc.'s Motion for Preliminary Injunction (Doc. 2) and related filings. In the interest of getting the parties a timely ruling, the Court's Order will be brief. However, the Court's decision reflects its review of the extensive filings both for and against the motion. On March 13, 2026, the Court also held an extensive hearing on Plaintiff's motion, and incorporates that discussion into this Order. (Doc. 56).

A movant must establish four factors to entitle it to the extraordinary relief of a preliminary injunction:

> (1) a substantial likelihood of success on the merits; (2) that irreparable injury will be suffered if the relief is not granted; (3) that the threatened injury outweighs the harm the relief would inflict on the non-movant; and (4) that entry of the relief would serve the public interest.

Schiavo ex rel. Schindler v. Schiavo, 403 F.3d 1223, 1225–26 (11th Cir. 2005) (citations omitted).

This is a reverse confusion trademark infringement case so it is governed by the reasoning of Wreal, LLC v. Amazon.com, Inc., 38 F.4th 114 (11th Cir. 2022). While Plaintiff has presented a plausible case under Wreal, because of some of the unique factors at play and the necessarily limited record available on a motion for preliminary injunction, the Court is not persuaded that the Plaintiff has demonstrated substantial likelihood of success on the merits. In so ruling, the Court emphasizes that it makes no prediction on how the case will ultimately be decided on the merits.

Having concluded that Plaintiff has not carried its burden for the first requirement to grant a preliminary injunction, the Court declines to address the remaining factors.

Accordingly, it is hereby

**ORDERED:**

1. Plaintiff P2B Trading Co. Inc.'s Motion for Preliminary Injunction (Doc. 2) is **DENIED**.

2. Defendant Google, LLC's Motion to Transfer Venue (Doc. 29) is carried with the case.

2

3. No later than **April 6, 2026**, the parties must file a joint Case Management Report (CMR). Within reason, the parties should propose an expedited case management schedule.

4. No later than **April 6, 2026**, Defendant Google, LLC must respond to Plaintiff's Complaint. (Doc. 1).

**DONE AND ORDERED** in Jacksonville, Florida this 20th day of March, 2026.



TIMOTHY J. CORRIGAN
Senior United States District Judge

hms
Copies:

Counsel of record

3