UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

P2B TRADING CO. INC.,

Plaintiff,

v. CASE NO. 3:26-cv-174-TJC-SJH

GOOGLE, LLC,

Defendant.
________________________________/

**ORDER**

**THIS CAUSE** is before the Court on the parties' pending motions to compel ("Motions"), Docs. 80, 83, and the responses thereto, Docs. 85, 90. Upon review, the Court finds that a hearing is appropriate.

Accordingly, it is **ordered**:

1. The Motions, Docs. 80, 83, are **taken under advisement.**

2. A hearing on the Motions is scheduled to take place before the Court on **September 29, 2026, at 1:00 p.m.** ("Hearing"). The Hearing will be conducted by video teleconferencing using Zoom. The Courtroom Deputy will separately send participants the link. Information on how others can observe the proceeding can be found on the Court's website, www.flmd.uscourts.gov. Participants and observers should dress in suitable attire and appear in front of an appropriate professional background. Recording, broadcasting, transmitting, or photographing

any part of the proceedings is strictly prohibited. *See* Local Rule 5.01.

3. The attorneys for each side who intend to argue at the Hearing must confer in good faith in person, by videoconference, or by telephone about the issues raised in the Motions ("Pending Issues"), *making every reasonable effort to resolve or narrow the outstanding issues* prior to the Hearing.

4. If the parties resolve all Pending Issues, then they shall promptly file a joint notice stating that the Hearing may be canceled and that the Motions may be denied as moot.

5. If the parties do *not* resolve all Pending Issues, then on or before **September 16, 2026,** the parties shall file a joint notice certifying the manner of conferral as required by this Order. Such notice shall also state, for each of the Pending Issues, whether such issue has been resolved, narrowed (and if so, how), or requires the Court's consideration. For each issue requiring the Court's consideration ("Remaining Issues"), the parties shall jointly indicate, in a *nonargumentative* manner, a *concise* statement of the issue and of each side's position.

6. On or before **September 18, 2026,** each side may file a supplemental memorandum, not to exceed 5 pages, in support of its positions as to any Remaining Issues.

**DONE AND ORDERED** in Jacksonville, Florida on September 9, 2026.

Samuel J. Horovitz
United States Magistrate Judge

Copies to:

Counsel of Record